**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                        Case No. **2014 - 08732(ESL)**

**MALARET MARTINEZ, MANUEL E.**                                Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **4/28/2015**                                  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 300.00 | x | 12 | = $ | 3,600.00 |
| $ | 600.00 | x | 48 | = $ | 28,800.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **32,400.00**

Additional Payments:
$ **75,000.00** to be paid as a LUMP SUM within **18 months** with proceeds to come from:
☑ Sale of Property identified as follows:
**Property located at 1567 Americo Miranda Ave., San Juan**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **107,400.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,835.00**

Signed: **/s/ MANUEL E. MALARET MARTINEZ**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:
Cr. **FIRSTBANK P.R.**    Cr. **WELLS FARGO**    Cr. _____
# **XXXXXX-1005 (C-3)**   # **XXXX-8994 (C-7)**   # _____
$ **433.65**      $ **2,893.21**      $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**    Cr. **Dept of the Treasury**    Cr. **MORNING STAR**
# **XXXXXX-6624 (C-9)**   # **XXXX-6624 (C-8)**   # **XXX-0360 (C-2)**
$ **1,211.62**      $ **2,361.25**      $ **330.60**

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
    **DORAL BANK**      **PPF HOLDINGS III**      **See Attached**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See continuation sheet attached**

Attorney for Debtor **Jaime L. Velasco Bonilla II, Esq.**        Phone: **787-562-0837**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE: <u>MANUEL E. MALARET MARTINEZ CASE</u>   NO. <u>2014-08732(ESL)</u>
  **(Debtor)**

**CHAPTER 13 PAYMENT PLAN**

Continuation Sheet - Page 1 of 1

**Debtor otherwise maintains regular payments directly to**:

1) FIRSTBANK PUERTO RICO.

2) WEATHERLY AT CENTRAL PARK COND.

3) WELLS FARGO

**Executory Contracts - Assumed:**

1) ADAM PERRY

2) JUAN A. HERNANDEZ

**OTHER PROVISIONS:**

1) Attorney's fees to be paid first.

2) Plan to pay 100% + 4.25% to unsecured creditors.

© 1993-2015 EZ FILING, INC. [1-800-998-2424]