48205
8994

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | 14-08732 ESL |
|---|---|---|
| **MANUEL E MALARET MARTINEZ,** | CHAPTER: | 13 |
| Debtor(s). | | |
| Wells Fargo Bank NA, Movant, | | |
| MANUEL E MALARET MARTINEZ, | | |
| Debtors-Respondents, | | |
| José R. Carrión Morales, Trustee. | | |

**REPLY TO DEBTOR'S OBJECTION TO CLAIM NO. 6-1**

**TO THE HONORABLE COURT:**

COMES NOW, **Wells Fargo Bank NA**, hereinafter referred to as "Wells Fargo", by the undersigned attorney, and very respectfully alleges and requests:

1. On April 16, 2015, the Debtor filed an Objection to claim number 6-1 (the "Objection") alleging that the arrears included in Wells Fargo proof of claim 6-1 (the "POC") were incorrect and that these arrears had allegedly been cured throughout Debtor's previous bankruptcy case. [Please refer to docket entry number 33].

2. The aforesaid averments included in the Objection are incorrect.

3. Debtor filed his first bankruptcy on June 8, 2011, Case # 11-04389. At that time Debtor owed a total of $23,164.00 in pre-petition arrears which consisted of 25 payments from May 2009 to May 2011 @ $926.56/each.

4. These arrears, which were paid by the Trustee in the first bankruptcy, were the pre-petition arrears owed from May 1, 2009 through May 1, 2011.

5. During the pendency of the first bankruptcy the Trustee also paid the post-petition mortgage payments from June 2011 through December 2013. Shortly thereafter, the first bankruptcy was dismissed on September 2014.

6. From the time that the first bankruptcy was dismissed until the time the Debtor filed the instant case on October 23, 14, Debtor made no payments to Wells Fargo.

7. Therefore, the POC includes the pre-petition arrears owed from January 2014 through October 2014.

8. The first post-petition payment made by Debtor was applied to the November 2014 mortgage payment and Debtor is currently due for the April 2015 payment.

9. As evidence of the aforementioned analysis, attached please find as **Exhibit I,** a copy of Debtor's payment history.

10. In consideration of the aforesaid, Wells Fargo respectfully requests that Objection be denied.

**WHEREFORE**, Wells Fargo respectfully requests from this Honorable Court to take notice of the above and DENY the Objection.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***the Trustee José R. Carrión Morales*** and ***to the debtors' attorney, Jaime L. Velasco Bonilla, II***.

In San Juan, Puerto Rico, this 1st day of May, 2015.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

***/s/ Patricia I. Varela Harrison***
**USCD-PR 224802**
By: Patricia I. Varela Harrison
Email: pvarela@martineztorreslaw.com

**Exhibit I**

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Principal Balance | 1st Unpaid Prin Bal | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Suspense Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investor Adv Corp Repay | 04/20/2015 |  | $105.00 |  |  | $34,207.48 |  |  |  | $2,942.92 |  | $965.75 | $105.00 |
| Escrow Advance Repymt | 04/09/2015 | 05/01/2014 |  |  | $34,207.48 | $34,207.48 |  | ($515.75) |  | $2,942.92 |  | $965.75 |
| Funds Application | 04/09/2015 | 05/01/2014 |  | $299.03 | $34,506.51 | $34,207.48 | $212.07 | $515.75 | $515.75 | $3,458.67 | ($1,026.85) | $965.75 |
| Modified Payment | 04/06/2015 | 05/01/2014 | $1,300.00 |  |  | $34,506.51 |  |  |  | $3,458.67 | $1,300.00 | $1,992.60 |
| Escrow Advance Repymt | 03/05/2015 | 04/01/2014 |  |  | $34,506.51 | $34,506.51 |  | ($515.75) |  | $3,458.67 |  | $692.60 |
| Funds Application | 03/05/2015 | 04/01/2014 |  | $297.20 | $34,803.71 | $34,506.51 | $213.90 | $515.75 | $515.75 | $3,974.42 | ($1,026.85) | $692.60 |
| Modified Payment | 03/04/2015 | 04/01/2014 | $1,000.00 |  |  | $34,803.71 |  |  |  | $3,974.42 | $1,000.00 | $1,719.45 |
| Escrow Advance Repymt | 01/30/2015 | 03/01/2014 |  |  | $34,803.71 | $34,803.71 |  | ($515.75) |  | $3,974.42 |  | $719.45 |
| Funds Application | 01/30/2015 | 03/01/2014 |  | $295.39 | $35,099.10 | $34,803.71 | $215.71 | $515.75 | $515.75 | $4,490.17 | ($1,026.85) | $719.45 |
| Modified Payment | 01/29/2015 | 03/01/2014 | $1,000.00 |  |  | $35,099.10 |  |  |  | $4,490.17 | $1,000.00 | $1,746.30 |
| Escrow Advance Repymt | 01/21/2015 | 03/01/2014 |  |  | $35,099.10 | $35,099.10 |  | ($1,187.40) |  | $4,490.17 |  | $746.30 |
| Hazard Ins Refund | 01/21/2015 | 03/01/2014 | $1,187.40 |  |  | $35,099.10 |  | $1,187.40 | $1,187.40 | $5,677.57 |  | $746.30 |
| Property Pres Corp Adv | 01/20/2015 |  |  |  |  | $35,099.10 |  |  |  | $5,677.57 |  | $746.30 | $15.00 |
| Escrow Advance | 01/16/2015 | 03/01/2014 | $1,187.40 |  | $35,099.10 | $35,099.10 |  | $1,187.40 |  | $4,490.17 |  | $746.30 |
| Hazard Ins Disbursement | 01/16/2015 | 11/01/2015 | ($1,187.40) |  | $35,099.10 | $35,099.10 |  | ($1,187.40) |  | $4,490.17 |  | $746.30 |
| Escrow Advance Repymt | 01/06/2015 | 02/01/2014 |  |  | $35,099.10 | $35,099.10 |  | ($515.75) |  | $4,490.17 |  | $746.30 |
| Funds Application | 01/06/2015 | 02/01/2014 |  | $293.58 | $35,392.68 | $35,099.10 | $217.52 | $515.75 | $515.75 | $5,005.92 | ($1,026.85) | $746.30 |
| Escrow Advance Repymt | 01/06/2015 | 02/01/2014 |  |  | $35,392.68 | $35,392.68 |  | ($1,938.58) |  | $5,005.92 |  | $1,773.15 |
| Hazard Ins Refund | 01/06/2015 | 02/01/2014 | $1,938.58 |  | $35,392.68 | $35,392.68 |  | $1,938.58 | $1,938.58 | $6,944.50 |  | $1,773.15 |
| Escrow Advance | 01/02/2015 | 02/01/2014 | $2,052.00 |  | $35,392.68 | $35,392.68 |  | $2,052.00 |  | $6,944.50 |  | $1,773.15 |
| Hazard Ins Disbursement | 01/02/2015 | 11/01/2014 | ($2,052.00) |  | $35,392.68 | $35,392.68 |  | ($2,052.00) | ($2,052.00) | $4,892.50 |  | $1,773.15 |
| Modified Payment | 12/31/2014 | 02/01/2014 | $1,000.00 |  |  | $35,392.68 |  |  |  | $4,892.50 | $1,000.00 | $1,773.15 |
| Property Pres Corp Adv | 12/18/2014 |  |  |  |  | $35,392.68 |  |  |  | $4,892.50 |  | $773.15 | $15.00 |
| Escrow Advance Repymt | 12/09/2014 | 01/01/2014 |  |  | $35,392.68 | $35,392.68 |  | ($515.75) |  | $5,408.25 |  | $773.15 |
| Funds Application | 12/09/2014 | 01/01/2014 |  | $291.79 | $35,684.47 | $35,392.68 | $219.31 | $515.75 | $515.75 | $5,408.25 | ($1,026.85) | $773.15 |
| Modified Payment | 12/05/2014 | 01/01/2014 | $800.00 |  |  | $35,684.47 |  |  |  | $5,408.25 | $800.00 | $1,800.00 |
| Misc Default Exp Corp Adv | 11/25/2014 |  |  |  |  | $35,684.47 |  |  |  | $5,408.25 |  | $1,000.00 | $105.00 |
| Modified Payment | 11/18/2014 | 01/01/2014 | $1,000.00 |  |  | $35,684.47 |  |  |  | $5,408.25 | $1,000.00 | $1,000.00 |
| Escrow Advance | 11/07/2014 | 01/01/2014 | $3,674.96 |  | $35,684.47 | $35,684.47 |  | $3,674.96 | ($3,674.96) | $1,733.29 |  | $1,000.00 |
| County Tax Disbursement | 11/07/2014 | 11/01/2014 | ($3,674.96) |  | $35,684.47 | $35,684.47 |  | ($3,674.96) | ($3,674.96) | $1,733.29 |  | $1,000.00 |
| Escrow Advance Repymt | 10/22/2014 | 01/01/2014 |  |  | $35,684.47 | $35,684.47 |  | ($80.52) |  | $1,813.81 |  | $1,000.00 |
| Funds Application | 10/22/2014 | 01/01/2014 |  |  | $35,684.47 | $35,684.47 |  | $80.52 | $80.52 | $1,813.81 | ($80.52) | $1,000.00 |
| Property Pres Corp Adv | 10/20/2014 | 01/01/2014 | $80.52 |  | $35,684.47 | $35,684.47 |  |  |  | $1,813.81 | $80.52 | $80.52 |
| Statutory Exp Corp Adv | 10/17/2014 |  |  |  |  | $35,684.47 |  |  |  | $1,813.81 |  | $80.52 | $15.00 |
| Escrow Advance Repymt | 10/06/2014 |  |  |  |  | $35,684.47 |  |  |  | $1,813.81 |  | $80.52 | $321.00 |
| Funds Application | 09/30/2014 | 01/01/2014 |  |  | $35,684.47 | $35,684.47 |  | ($238.52) |  | $2,052.33 |  | $80.52 |
| Modified Payment | 09/30/2014 | 01/01/2014 |  |  | $35,684.47 | $35,684.47 |  | $238.52 | $238.52 | $2,052.33 | ($238.52) | $238.52 |
| Funds Application | 09/24/2014 | 01/01/2014 | ($108.00) |  | $35,684.47 | $35,684.47 |  |  |  | $2,052.33 |  | $238.52 | $108.00 |
| Restricted Corp Adv Adj | 09/24/2014 | 01/01/2014 | $108.00 |  | $35,684.47 | $35,684.47 |  |  |  | $2,052.33 | $108.00 | $238.52 |
| Funds Application | 09/24/2014 | 01/01/2014 | $108.00 |  | $35,684.47 | $35,684.47 |  |  |  | $2,052.33 |  | $130.52 | $35.00 |
| Restricted Corp Adv Adj | 09/23/2014 |  | $35.00 |  |  | $35,684.47 |  |  |  | $2,052.33 |  | $130.52 | ($35.00) |
| Restricted Corp Adv Adj | 09/23/2014 |  | ($35.00) |  |  | $35,684.47 |  |  |  | $2,052.33 |  | $130.52 |
| Escrow Advance Repymt | 09/17/2014 | 12/01/2013 |  |  | $35,684.47 | $35,684.47 |  | ($555.95) |  | $2,608.28 |  | $130.52 |
| Funds Application | 09/17/2014 | 12/01/2013 |  | $290.01 | $35,974.48 | $35,684.47 | $221.09 | $555.95 | $555.95 | $2,608.28 | ($1,067.05) | $1,197.57 |
| Modified Payment | 09/16/2014 | 12/01/2013 | $1,000.00 |  |  | $35,974.48 |  |  |  | $2,608.28 | $1,000.00 | $197.57 | $15.00 |
| Property Pres Corp Adv | 09/16/2014 |  |  |  |  | $35,974.48 |  |  |  | $2,608.28 |  | $197.57 | $15.00 |
| Property Pres Corp Adv | 08/18/2014 |  |  |  |  | $35,974.48 |  |  |  | $2,608.28 |  | $197.57 | $353.48 |
| Statutory Exp Corp Adv Repay | 07/28/2014 |  |  |  |  | $35,974.48 |  |  |  | $2,608.28 | ($353.48) | $197.57 |
| Property Pres Corp Adv | 07/18/2014 |  |  |  |  | $35,974.48 |  |  |  | $2,608.28 |  | $551.05 | $15.00 |
| Funds Application | 07/16/2014 | 12/01/2013 | $353.48 |  | $35,974.48 | $35,974.48 |  |  |  | $2,608.28 | $353.48 | $551.05 |
| Escrow Advance | 07/01/2014 | 12/01/2013 | $2,608.28 |  | $35,974.48 | $35,974.48 |  | $2,608.28 |  | $2,608.28 |  | $197.57 |
| Hazard Ins Disbursement | 07/01/2014 | 06/01/2014 | ($3,077.18) |  | $35,974.48 | $35,974.48 |  | ($3,077.18) | ($2,608.28) |  |  | $197.57 |

| Description | Date 1 | Date 2 | Col A | Col B | Balance 1 | Balance 2 | Col C | Col D | Col E | Col F | Col G |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Escrow Advance Repymt | 07/01/2014 | 11/01/2013 | | | $35,974.48 | $35,974.48 | | ($87.05) | | | $197.57 |
| Funds Application | 07/01/2014 | 11/01/2013 | | $288.24 | $35,974.48 | $35,974.48 | | $555.95 | $468.90 | | $197.57 |
| Modified Payment | 06/30/2014 | 11/01/2013 | $1,000.00 | | $36,262.72 | $36,262.72 | $222.86 | | $555.95 | ($1,067.05) | $1,264.62 |
| Property Pres Corp Adv | 06/17/2014 | | | | $36,262.72 | $36,262.72 | | | | $1,000.00 | $264.62 $15.00 |
| Misc Default Exp Corp Adv | 06/13/2014 | | | | $36,262.72 | $36,262.72 | | | | | $264.62 $5.00 |
| Statutory Exp Corp Adv Repay | 06/02/2014 | | | | $36,262.72 | $36,262.72 | | | | ($115.87) | $264.62 $115.87 |
| Misc Default Exp Corp Adv Repay | 05/29/2014 | | | | $36,262.72 | $36,262.72 | | | | | $380.49 $150.00 |
| Property Pres Corp Adv | 05/16/2014 | | | | $36,262.72 | $36,262.72 | | | | | $380.49 $15.00 |
| Funds Application | 05/13/2014 | 11/01/2013 | | $115.87 | $36,262.72 | $36,262.72 | | | $115.87 | $115.87 | $264.62 |
| Property Pres Corp Adv | 04/15/2014 | | | | $36,262.72 | $36,262.72 | | | | | $264.62 $15.00 |
| Funds Application | 03/25/2014 | 11/01/2013 | | | $36,262.72 | $36,262.72 | | | | ($383.40) | $648.02 |
| Escrow Advance Repymt | 03/25/2014 | 11/01/2013 | | | $36,262.72 | $36,262.72 | | ($441.76) | | | $648.02 |
| Funds Application | 03/25/2014 | 11/01/2013 | | | $36,262.72 | $36,262.72 | $441.76 | $441.76 | $441.76 | ($441.76) | $1,089.78 |
| Funds Application | 03/25/2014 | 11/01/2013 | | | $36,262.72 | $36,262.72 | | | | ($30.00) | $1,119.78 $91.10 |
| Property Pres Corp Adv Repay | 03/25/2014 | | | | $36,262.72 | $36,262.72 | | | | ($91.10) | $1,210.88 |
| Funds Application | 03/20/2014 | 11/01/2013 | $946.26 | | $36,262.72 | $36,262.72 | | | | $946.26 | $264.62 $15.00 |
| Property Pres Corp Adv | 03/17/2014 | | | | $36,262.72 | $36,262.72 | | | | | $264.62 |
| Escrow Advance Repymt | 03/13/2014 | 10/01/2013 | | $286.47 | $36,262.72 | $36,262.72 | | ($555.95) | | ($1,067.05) | $1,331.67 |
| Funds Application | 03/13/2014 | 10/01/2013 | | | $36,262.72 | $36,262.72 | $224.63 | $555.95 | $555.95 | ($877.72) | $2,209.39 $877.72 |
| Attorney Corp Adv Repay | 03/13/2014 | | | | $36,549.19 | $36,549.19 | | | | | $2,209.39 |
| Escrow Advance | 03/11/2014 | 10/01/2013 | $951.33 | | $36,549.19 | $36,549.19 | | $951.33 | | $1,067.05 | $1,142.34 |
| Misapplication Reversal | 03/11/2014 | 10/01/2013 | | ($286.47) | $36,549.19 | $36,549.19 | ($224.63) | ($555.95) | ($951.33) | | $1,142.34 |
| Misapplication Reversal | 03/11/2014 | 11/01/2013 | | | $36,262.72 | $36,262.72 | | | ($395.38) | | $235.86 |
| Property Pres Corp Adv | 03/11/2014 | 11/01/2013 | | ($288.24) | $36,262.72 | $36,262.72 | ($222.86) | ($395.38) | ($395.38) | $906.48 | $235.86 $15.00 |
| Escrow Advance Repymt | 02/20/2014 | 11/01/2013 | | | $35,974.48 | $35,974.48 | | | | | $235.86 |
| Short Payment | 02/12/2014 | 11/01/2013 | | $288.24 | $35,974.48 | $35,974.48 | $222.86 | $395.38 | $395.38 | | $1,142.34 |
| Funds Application | 02/12/2014 | 11/01/2013 | | | $36,262.72 | $36,262.72 | | | | ($905.48) | $1,142.34 |
| Escrow Advance Repymt | 02/11/2014 | 11/01/2013 | $797.83 | | $36,262.72 | $36,262.72 | | | | $797.83 | $344.51 |
| Funds Application | 02/07/2014 | 10/01/2013 | | $286.47 | $36,262.72 | $36,262.72 | $224.63 | $555.95 | $555.95 | ($1,067.05) | $344.51 |
| Modified Payment | 02/06/2014 | 10/01/2013 | $500.00 | | $36,549.19 | $36,549.19 | | | | $500.00 | $1,411.56 |
| Modified Payment | 01/27/2014 | 10/01/2013 | $500.00 | | $36,549.19 | $36,549.19 | | | | $500.00 | $911.56 |
| Escrow Advance Repymt | 01/17/2014 | 09/01/2013 | $860.65 | $284.72 | $36,549.19 | $36,549.19 | $226.38 | $555.95 | $1,084.76 | | $411.56 |
| Funds Application | 01/17/2014 | 09/01/2013 | | | $36,549.19 | $36,549.19 | | | $1,640.71 | ($206.40) | $617.96 |
| Property Pres Corp Adv | 01/14/2014 | | | | $36,833.91 | $36,833.91 | | | $1,640.71 | | $617.96 $15.00 |
| Escrow Advance Repymt | 01/07/2014 | 08/01/2013 | | | $36,833.91 | $36,833.91 | | ($373.78) | | | $1,502.84 |
| Funds Application | 01/07/2014 | 08/01/2013 | | $282.99 | $36,833.91 | $36,833.91 | $228.11 | $373.78 | $2,014.49 | ($884.83) | $1,002.84 |
| Modified Payment | 01/06/2014 | 08/01/2013 | $500.00 | | $37,116.90 | $37,116.90 | | | $2,014.49 | $500.00 | $502.84 |
| Modified Payment | 12/27/2013 | 08/01/2013 | $500.00 | | $37,116.90 | $37,116.90 | | | $2,014.49 | $500.00 | $502.84 |
| Escrow Advance Repymt | 12/20/2013 | 07/01/2013 | | | $37,116.90 | $37,116.90 | | ($395.38) | | | $1,409.32 |
| Funds Application | 12/20/2013 | 07/01/2013 | | $281.26 | $37,116.90 | $37,116.90 | $229.84 | $395.38 | $2,409.87 | ($906.48) | $611.49 |
| Funds Application | 12/18/2013 | 07/01/2013 | $797.83 | | $37,398.16 | $37,398.16 | | | $2,409.87 | $797.83 | $611.49 $15.00 |
| Property Pres Corp Adv | 12/13/2013 | | | | $37,398.16 | $37,398.16 | | | $2,409.87 | | $611.49 $90.00 |
| Misc Default Exp Corp Adv | 11/27/2013 | | | | $37,398.16 | $37,398.16 | | | $2,409.87 | | $611.49 |
| Escrow Advance Repymt | 11/20/2013 | 06/01/2013 | | | $37,398.16 | $37,398.16 | | ($395.38) | | | $1,517.97 |
| Funds Application | 11/19/2013 | 06/01/2013 | | $279.54 | $37,398.16 | $37,398.16 | $231.56 | $395.38 | $2,805.25 | ($906.48) | $720.14 $15.00 |
| Funds Application | 11/18/2013 | 06/01/2013 | $797.83 | | $37,677.70 | $37,677.70 | | | $2,805.25 | $797.83 | $720.14 |
| Property Pres Corp Adv | 11/13/2013 | 06/01/2013 | $2,805.25 | | $37,677.70 | $37,677.70 | | $2,805.25 | $2,805.25 | | $720.14 |
| Escrow Advance | 11/13/2013 | | | | $37,677.70 | $37,677.70 | | | | $200.00 | $520.14 |
| County Tax Disbursement | 11/13/2013 | 11/01/2013 | ($3,111.79) | | $37,677.70 | $37,677.70 | | ($2,805.25) | ($2,805.25) | | $520.14 $15.00 |
| Modified Payment | 11/12/2013 | 06/01/2013 | $200.00 | | $37,677.70 | $37,677.70 | | $306.54 | | | $520.14 |
| Property Pres Corp Adv | 10/15/2013 | | | | $37,677.70 | $37,677.70 | | $306.54 | | | $520.14 |
| Escrow Advance Repymt | 10/11/2013 | 05/01/2013 | | | $37,677.70 | $37,677.70 | ($88.84) | | | | |

| Description | Date1 | Date2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Funds Application | 10/11/2013 | 05/01/2013 | | | $37,677.70 | $37,677.70 | $277.83 | $233.27 | | $395.38 | $88.84 | $520.14 |
| Funds Application | 10/09/2013 | 05/01/2013 | $797.83 | | $37,955.53 | $37,955.53 | | | $395.38 | | $88.84 | $1,426.62 |
| Escrow Advance Repymt | 10/04/2013 | 04/01/2013 | | | $37,955.53 | $37,955.53 | | | ($373.78) | | $88.84 | $628.79 |
| Funds Application | 10/04/2013 | 04/01/2013 | | $276.13 | $38,231.66 | $38,231.66 | $276.13 | $234.97 | $373.78 | $373.78 | $462.62 | $628.79 |
| Modified Payment | 10/03/2013 | 04/01/2013 | $800.00 | | $38,231.66 | $38,231.66 | | | | | $462.62 | $1,513.67 |
| Property Pres Corp Adv | 09/23/2013 | | | | $38,231.66 | $38,231.66 | | | | | $462.62 | $713.67 $15.00 |
| Escrow Advance Repymt | 09/16/2013 | 03/01/2013 | | | $38,231.66 | $38,231.66 | | | ($395.38) | | $462.62 | $713.67 |
| Funds Application | 09/16/2013 | 03/01/2013 | | $274.45 | $38,231.66 | $38,231.66 | $274.45 | $236.65 | $395.38 | $395.38 | $858.00 | $713.67 |
| Funds Application | 09/13/2013 | 03/01/2013 | $678.13 | | $38,506.11 | $38,506.11 | | | | | $858.00 | $1,620.15 |
| Escrow Advance Repymt | 09/04/2013 | 02/01/2013 | | | $38,506.11 | $38,506.11 | | | ($373.78) | | $858.00 | $678.13 |
| Funds Application | 09/04/2013 | 02/01/2013 | | $272.77 | $38,506.11 | $38,506.11 | $272.77 | $238.33 | $373.78 | $373.78 | $1,231.78 | $942.02 |
| Modified Payment | 08/30/2013 | 02/01/2013 | $900.00 | | $38,778.88 | $38,778.88 | | | | | $1,231.78 | $942.02 |
| Escrow Advance Repymt | 08/16/2013 | 01/01/2013 | | | $38,778.88 | $38,778.88 | | | ($395.38) | | $1,231.78 | $1,826.90 |
| Funds Application | 08/16/2013 | 01/01/2013 | | $271.11 | $38,778.88 | $38,778.88 | $271.11 | $239.99 | $395.38 | $395.38 | $1,627.16 | $926.90 |
| Funds Application | 08/15/2013 | 01/01/2013 | $850.24 | | $39,049.99 | $39,049.99 | | | | | $1,627.16 | $1,833.38 |
| Property Pres Corp Adv | 08/14/2013 | | | | $39,049.99 | $39,049.99 | | | | | $1,627.16 | $983.14 $15.00 |
| Escrow Advance Repymt | 08/06/2013 | 12/01/2012 | | | $39,049.99 | $39,049.99 | | | ($373.78) | | $1,627.16 | $983.14 |
| Funds Application | 08/06/2013 | 12/01/2012 | | $269.45 | $39,049.99 | $39,049.99 | $269.45 | $241.65 | $373.78 | $373.78 | $2,000.94 | $983.14 |
| Modified Payment | 08/05/2013 | 12/01/2012 | $900.00 | | $39,319.44 | $39,319.44 | | | | | $2,000.94 | $1,868.02 |
| Funds Application | 07/15/2013 | 12/01/2012 | $503.60 | | $39,319.44 | $39,319.44 | | | | | $2,000.94 | $968.02 |
| Property Pres Corp Adv | 07/15/2013 | | | | $39,319.44 | $39,319.44 | | | | | $2,000.94 | $464.42 $15.00 |
| Escrow Advance | 07/08/2013 | 12/01/2012 | $2,000.94 | | $39,319.44 | $39,319.44 | | | $2,000.94 | | | $464.42 |
| Hazard Ins Disbursement | 07/08/2013 | 06/01/2013 | ($2,907.37) | | $39,319.44 | $39,319.44 | | | ($2,907.37) | ($2,000.94) | | $464.42 |
| Short Payment | 07/03/2013 | 11/01/2012 | | $267.80 | $39,319.44 | $39,319.44 | $267.80 | $243.30 | $373.78 | $906.43 | | $1,349.30 |
| Modified Payment | 07/02/2013 | 11/01/2012 | $264.00 | | $39,587.24 | $39,587.24 | | | | $532.65 | | $1,085.30 |
| Modified Payment | 07/01/2013 | 11/01/2012 | $100.00 | | $39,587.24 | $39,587.24 | | | | $532.65 | | $985.30 |
| Modified Payment | 06/28/2013 | 11/01/2012 | $700.00 | | $39,587.24 | $39,587.24 | | | | $532.65 | | $285.30 |
| Funds Application | 06/17/2013 | 10/01/2012 | | $266.17 | $39,587.24 | $39,587.24 | $266.17 | $244.93 | $395.38 | $532.65 | | $1,191.78 |
| Property Pres Corp Adv | 06/17/2013 | | | | $39,853.41 | $39,853.41 | | | | $137.27 | | $1,191.78 $15.00 |
| Funds Application | 06/14/2013 | 10/01/2012 | $654.03 | | $39,853.41 | $39,853.41 | | | | $137.27 | | $654.03 |
| Escrow Advance Repymt | 06/03/2013 | 09/01/2012 | | | $39,853.41 | $39,853.41 | | | ($236.51) | $137.27 | | $537.75 |
| Short Payment | 06/03/2013 | 09/01/2012 | | $264.54 | $39,853.41 | $39,853.41 | $264.54 | $246.56 | $373.78 | $373.78 | $236.51 | $537.75 |
| Modified Payment | 05/31/2013 | 09/01/2012 | $800.00 | | $40,117.95 | $40,117.95 | | | | | $236.51 | $1,422.63 |
| Property Pres Corp Adv | 05/17/2013 | | | | $40,117.95 | $40,117.95 | | | | | $236.51 | $622.63 $15.00 |
| Escrow Advance Repymt | 05/09/2013 | 08/01/2012 | | | $40,117.95 | $40,117.95 | | | ($395.38) | | $236.51 | $622.63 |
| Funds Application | 05/09/2013 | 08/01/2012 | | $262.93 | $40,117.95 | $40,117.95 | $262.93 | $248.17 | $395.38 | $395.38 | $631.89 | $1,529.11 |
| Funds Application | 05/08/2013 | 08/01/2012 | $1,046.22 | | $40,380.88 | $40,380.88 | | | | | $631.89 | $1,045.22 |
| Escrow Advance Repymt | 04/16/2013 | 07/01/2012 | | | $40,380.88 | $40,380.88 | | | ($373.78) | | $631.89 | $482.89 |
| Short Payment | 04/16/2013 | 07/01/2012 | | $261.32 | $40,380.88 | $40,380.88 | $261.32 | $249.78 | $373.78 | $373.78 | $1,005.67 | $482.89 |
| Property Pres Corp Adv | 04/16/2013 | | | | $40,642.20 | $40,642.20 | | | | | $1,005.67 | $1,367.77 $15.00 |
| Escrow Advance Repymt | 04/15/2013 | 06/01/2012 | | | $40,642.20 | $40,642.20 | | | ($395.38) | | $1,005.67 | $1,367.77 |
| Funds Application | 04/15/2013 | 06/01/2012 | | $259.72 | $40,642.20 | $40,642.20 | $259.72 | $251.38 | $395.38 | $395.38 | $1,401.05 | $1,367.77 |
| Modified Payment | 04/15/2013 | 06/01/2012 | $900.00 | | $40,901.92 | $40,901.92 | | | | | $1,401.05 | $2,274.25 |
| Funds Application | 04/11/2013 | 06/01/2012 | $507.25 | | $40,901.92 | $40,901.92 | | | | | $1,401.05 | $1,374.25 |
| Escrow Advance Repymt | 04/01/2013 | 05/01/2012 | | | $40,901.92 | $40,901.92 | | | ($373.78) | | $1,401.05 | $867.00 |
| Short Payment | 04/01/2013 | 05/01/2012 | | $258.14 | $40,901.92 | $40,901.92 | $258.14 | $252.96 | $373.78 | $373.78 | $1,774.83 | $867.00 |
| Modified Payment | 03/29/2013 | 05/01/2012 | $900.00 | | $41,160.06 | $41,160.06 | | | | | $1,774.83 | $1,751.88 |
| Escrow Advance Repymt | 02/20/2013 | 04/01/2012 | | | $41,160.06 | $41,160.06 | | | ($373.78) | | $1,774.83 | $851.88 |
| Short Payment | 02/20/2013 | 04/01/2012 | | $256.56 | $41,160.06 | $41,160.06 | $256.56 | $254.54 | $373.78 | $373.78 | $2,148.61 | $851.88 |
| Modified Payment | 02/19/2013 | 04/01/2012 | $900.00 | | $41,416.62 | $41,416.62 | | | | | $2,148.61 | $1,736.76 |
| Escrow Advance Repymt | 02/13/2013 | 03/01/2012 | | | $41,416.62 | $41,416.62 | | | ($373.78) | | $2,148.61 | $836.76 |
| Short Payment | 02/13/2013 | 03/01/2012 | $805.25 | $254.99 | $41,416.62 | $41,416.62 | $254.99 | $256.11 | $373.78 | $373.78 | $2,522.39 | $836.76 |
| Escrow Advance Repymt | 01/31/2013 | 02/01/2012 | | | $41,671.61 | $41,671.61 | | | ($373.78) | | $2,522.39 | $916.39 |

| Transaction | Date 1 | Date 2 | Col A | Col B | Col C | Col D | Col E | Col F | Col G | Col H |
|---|---|---|---|---|---|---|---|---|---|---|
| Short Payment | 01/31/2013 | 02/01/2012 | | $253.44 | $41,671.61 | $41,671.61 | | | $257.66 | $2,896.17 | ($884.88) | $916.39 |
| Modified Payment | 01/30/2013 | 02/01/2012 | $900.00 | | $41,925.05 | $41,925.05 | | | | $2,896.17 | $900.00 | $1,801.27 |
| Escrow Advance Repymt | 01/11/2013 | 01/01/2012 | | | $41,925.05 | $41,925.05 | | ($395.38) | | $2,896.17 | ($906.48) | $901.27 |
| Funds Application | 01/11/2013 | 01/01/2012 | $802.20 | $251.89 | $42,176.94 | $42,176.94 | | $395.38 | $259.21 | $3,291.55 | $802.20 | $901.27 |
| Escrow Advance Repymt | 01/10/2013 | 01/01/2012 | | | $42,176.94 | $42,176.94 | | | | $3,291.55 | | $1,807.75 |
| Short Payment | 12/26/2012 | 12/01/2011 | | $250.35 | $42,427.29 | $42,427.29 | | ($373.78) | $260.75 | $3,665.33 | ($884.88) | $1,005.55 |
| Modified Payment | 12/24/2012 | 12/01/2011 | $1,000.00 | | $42,427.29 | $42,427.29 | | $373.78 | | $3,665.33 | $1,000.00 | $1,890.43 |
| Funds Application | 12/14/2012 | 12/01/2011 | $770.62 | | $42,427.29 | $42,427.29 | | | | $3,665.33 | $770.62 | $890.43 |
| Escrow Advance Repymt | 12/03/2012 | 11/01/2011 | | $248.82 | $42,676.11 | $42,676.11 | | ($373.78) | $262.28 | $4,039.11 | ($884.88) | $119.81 |
| Short Payment | 12/03/2012 | 11/01/2011 | | | $42,676.11 | $42,676.11 | | $373.78 | | $4,039.11 | | $119.81 |
| Modified Payment | 11/30/2012 | 11/01/2011 | $300.00 | | $42,676.11 | $42,676.11 | | | | $4,039.11 | $300.00 | $1,004.69 |
| Escrow Advance Repymt | 11/13/2012 | 10/01/2011 | | $247.30 | $42,923.41 | $42,923.41 | | ($373.78) | $263.80 | $4,412.89 | | $704.69 |
| Short Payment | 11/13/2012 | 10/01/2011 | $928.54 | | $42,923.41 | $42,923.41 | | $373.78 | | $4,412.89 | $43.66 | $704.69 |
| Escrow Advance | 11/09/2012 | 10/01/2011 | $2,971.33 | | $42,923.41 | $42,923.41 | | $2,971.33 | | $4,412.89 | | $661.03 |
| County Tax Disbursement | 11/08/2012 | 11/01/2012 | ($2,971.33) | | $42,923.41 | $42,923.41 | | ($2,971.33) | | $1,441.56 | | $661.03 |
| Escrow Advance Repymt | 10/30/2012 | 09/01/2011 | | $245.79 | $42,923.41 | $42,923.41 | | ($373.78) | $265.31 | $1,441.56 | | $661.03 |
| Short Payment | 10/30/2012 | 09/01/2011 | | | $42,923.41 | $42,923.41 | | $373.78 | | $1,815.34 | ($884.88) | $1,545.91 |
| Modified Payment | 10/29/2012 | 09/01/2011 | $910.00 | | $43,169.20 | $43,169.20 | | | | $1,815.34 | $910.00 | $635.91 |
| Restricted Corp Adv Adj | 10/26/2012 | | $15.00 | | $43,169.20 | $43,169.20 | | | | $1,815.34 | $15.00 | $635.91 |
| Restricted Corp Adv Adj | 10/26/2012 | | ($15.00) | | $43,169.20 | $43,169.20 | | | | $1,815.34 | ($15.00) | $635.91 |
| Escrow Advance Repymt | 10/11/2012 | 08/01/2011 | | $244.29 | $43,169.20 | $43,169.20 | | ($415.46) | $266.81 | $2,230.80 | ($926.56) | $635.91 |
| Funds Application | 10/11/2012 | 08/01/2011 | $802.20 | | $43,413.49 | $43,413.49 | | $415.46 | | $2,230.80 | $802.20 | $1,562.47 |
| Funds Application | 10/10/2012 | 08/01/2011 | | | $43,413.49 | $43,413.49 | | | | $2,230.80 | | $760.27 |
| Escrow Advance Repymt | 09/25/2012 | 07/01/2011 | | $242.80 | $43,413.49 | $43,413.49 | | ($395.38) | $268.30 | $2,626.18 | ($906.48) | $760.27 |
| Funds Application | 09/25/2012 | 07/01/2011 | $950.00 | | $43,413.49 | $43,413.49 | | $395.38 | | $2,626.18 | $950.00 | $1,666.75 |
| Modified Payment | 09/24/2012 | 07/01/2011 | | | $43,656.29 | $43,656.29 | | | | $2,626.18 | | $716.75 |
| Escrow Advance Repymt | 09/19/2012 | 06/01/2011 | | $241.31 | $43,656.29 | $43,656.29 | | ($395.38) | $269.79 | $3,021.56 | ($11.49) | $716.75 |
| Funds Application | 09/19/2012 | 06/01/2011 | $894.99 | | $43,897.60 | $43,897.60 | | $395.38 | | $3,021.56 | | $728.24 |
| Escrow Advance Repymt | 08/21/2012 | 05/01/2011 | | $239.84 | $43,897.60 | $43,897.60 | | ($395.38) | $271.26 | $3,416.94 | ($906.48) | $728.24 |
| Short Payment | 08/21/2012 | 05/01/2011 | $800.00 | | $44,137.44 | $44,137.44 | | $395.38 | | $3,416.94 | $800.00 | $1,634.72 |
| Modified Payment | 08/20/2012 | 04/01/2011 | | | $44,137.44 | $44,137.44 | | | | $3,416.94 | | $834.72 |
| Escrow Advance Repymt | 08/08/2012 | 04/01/2011 | | $238.37 | $44,137.44 | $44,137.44 | | ($415.46) | $272.73 | $3,832.40 | ($926.56) | $834.72 |
| Funds Application | 08/08/2012 | 04/01/2011 | $619.61 | | $44,375.81 | $44,375.81 | | $415.46 | | $3,832.40 | $619.61 | $1,761.28 |
| Funds Application | 08/07/2012 | 03/01/2011 | | | $44,375.81 | $44,375.81 | | | | $3,832.40 | | $1,141.67 |
| Escrow Advance Repymt | 07/24/2012 | 03/01/2011 | | $236.92 | $44,612.73 | $44,612.73 | | ($395.38) | $274.18 | $4,227.78 | ($906.48) | $1,141.67 |
| Short Payment | 07/24/2012 | 03/01/2011 | $940.00 | | $44,612.73 | $44,612.73 | | $395.38 | | $4,227.78 | $940.00 | $2,048.15 |
| Modified Payment | 07/23/2012 | 02/01/2011 | | | $44,612.73 | $44,612.73 | | | | $4,227.78 | | $1,108.15 |
| Escrow Advance Repymt | 07/18/2012 | 02/01/2011 | | $235.47 | $44,848.20 | $44,848.20 | | ($395.38) | $275.63 | $4,623.16 | $322.04 | $1,108.15 |
| Short Payment | 07/18/2012 | 02/01/2011 | $1,228.52 | | $44,848.20 | $44,848.20 | | $395.38 | | $4,623.16 | | $786.11 |
| Investor Adv Corp Repay | 07/13/2012 | | $400.00 | | $44,848.20 | $44,848.20 | | | | $4,623.16 | | $786.11 |
| Escrow Advance | 07/01/2012 | 02/01/2011 | $2,825.53 | | $44,848.20 | $44,848.20 | | $2,825.53 | | $1,797.63 | | $786.11 |
| Hazard Ins Disbursement | 06/29/2012 | 06/01/2012 | ($2,825.53) | | $44,848.20 | $44,848.20 | | ($2,825.53) | | $3,832.40 | | $1,761.28 |
| Escrow Advance Repymt | 06/19/2012 | 01/01/2011 | | $234.03 | $44,848.20 | $44,848.20 | | ($395.38) | $277.07 | $1,797.63 | | $786.11 |
| Short Payment | 06/18/2012 | 01/01/2011 | | | $45,082.23 | $45,082.23 | | $395.38 | | $2,193.01 | ($906.48) | $786.11 |
| Modified Payment | 06/18/2012 | 01/04/2011 | $910.00 | | $45,082.23 | $45,082.23 | | | | $2,193.01 | $910.00 | $1,692.59 |
| Escrow Advance Repymt | 06/14/2012 | 12/01/2010 | | $232.60 | $45,082.23 | $45,082.23 | | ($415.46) | $278.50 | $2,608.47 | ($926.56) | $782.59 |
| Funds Application | 06/14/2012 | 12/01/2010 | $1,363.08 | | $45,082.23 | $45,082.23 | | $415.46 | | $2,608.47 | $1,363.08 | $782.59 |
| Funds Application | 06/13/2012 | 12/01/2010 | | | $45,314.83 | $45,314.83 | | | | $2,608.47 | | $1,709.15 |
| Escrow Advance Repymt | 05/22/2012 | 11/01/2010 | | $231.18 | $45,314.83 | $45,314.83 | | ($395.38) | $279.92 | $3,003.85 | ($906.48) | $346.07 |
| Short Payment | 05/22/2012 | 11/01/2010 | | | $45,314.83 | $45,314.83 | | $395.38 | | $3,003.85 | | $346.07 |
| Escrow Advance Repymt | 05/18/2012 | 10/01/2010 | | | $45,546.01 | $45,546.01 | | ($395.38) | | $3,003.85 | | $1,252.55 |
| Short Payment | 05/18/2012 | 10/01/2010 | $1,124.10 | $229.77 | $45,546.01 | $45,546.01 | | $395.38 | $281.33 | $3,399.23 | $217.62 | $1,252.55 |

| Type | Date 1 | Date 2 | Amt 1 | | Amt 2 | Amt 3 | | | Amt 4 | Amt 5 | Amt 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Modified Payment | 05/16/2012 | 10/01/2010 | $910.00 | | | $45,775.78 | $45,775.78 | | $3,399.23 | | $1,034.93 |
| Escrow Advance Repymt | 05/01/2012 | 09/01/2010 | | | | $45,775.78 | $45,775.78 | | $3,399.23 | $910.00 | $124.93 |
| Short Payment | 05/01/2012 | 09/01/2010 | | $228.37 | | $45,775.78 | $45,775.78 | ($395.38) | $3,794.61 | | $124.93 |
| Escrow Advance Repymt | 04/30/2012 | 08/01/2010 | | | | $46,004.15 | $46,004.15 | $395.38 | $3,794.61 | ($906.48) | $1,031.41 |
| Funds Application | 04/30/2012 | 08/01/2010 | | $226.97 | | $46,004.15 | $46,004.15 | ($415.46) | $4,210.07 | | $1,031.41 |
| Escrow Advance Repymt | 04/30/2012 | 07/01/2010 | | | | $46,231.12 | $46,231.12 | $415.46 | $4,210.07 | | $1,031.41 |
| Funds Application | 04/30/2012 | 07/01/2010 | | $225.58 | | $46,231.12 | $46,231.12 | ($415.46) | $4,625.53 | | $1,031.41 |
| Escrow Advance Repymt | 04/30/2012 | 06/01/2010 | | | | $46,456.70 | $46,456.70 | $415.46 | $4,625.53 | | $1,031.41 |
| Funds Application | 04/30/2012 | 06/01/2010 | | $224.21 | | $46,456.70 | $46,456.70 | ($415.46) | $5,040.99 | | $1,031.41 |
| Escrow Advance Repymt | 04/30/2012 | 05/01/2010 | | | | $46,680.91 | $46,680.91 | $415.46 | $5,040.99 | | $1,031.41 |
| Funds Application | 04/30/2012 | 05/01/2010 | | $222.84 | | $46,680.91 | $46,680.91 | ($415.46) | $5,456.45 | | $1,031.41 |
| Escrow Advance Repymt | 04/30/2012 | 04/01/2010 | | | | $46,903.75 | $46,903.75 | $415.46 | $5,456.45 | | $1,031.41 |
| Funds Application | 04/30/2012 | 04/01/2010 | | $221.48 | | $46,903.75 | $46,903.75 | ($415.46) | $5,871.91 | | $1,031.41 |
| Escrow Advance Repymt | 04/30/2012 | 03/01/2010 | | | | $47,125.23 | $47,125.23 | $415.46 | $5,871.91 | | $1,031.41 |
| Short Payment | 04/30/2012 | 03/01/2010 | $5,969.41 | $220.12 | | $47,125.23 | $47,125.23 | ($294.98) | $6,166.89 | $530.53 | $1,031.41 |
| Modified Payment | 04/30/2012 | 03/01/2010 | $200.00 | | | $47,345.35 | $47,345.35 | $294.98 | $6,166.89 | $200.00 | $500.88 |
| Modified Payment | 04/27/2012 | 03/01/2010 | $200.00 | | | $47,345.35 | $47,345.35 | | $6,166.89 | $200.00 | $300.88 |
| Property Pres Corp Adv | 04/26/2012 | | | | | $47,345.35 | $47,345.35 | | $6,166.89 | | $100.88 $15.00 |
| Escrow Advance Repymt | 04/23/2012 | 02/01/2010 | | | | $47,345.35 | $47,345.35 | ($395.38) | $6,166.89 | ($906.48) | $100.88 |
| Short Payment | 04/23/2012 | 02/01/2010 | | $218.78 | | $47,345.35 | $47,345.35 | $395.38 | $6,562.27 | $500.00 | $100.88 |
| Modified Payment | 04/20/2012 | 02/01/2010 | $500.00 | | | $47,564.13 | $47,564.13 | | $6,562.27 | | $1,007.36 $15.00 |
| Property Pres Corp Adv | 03/26/2012 | | | | | $47,564.13 | $47,564.13 | | $6,562.27 | | $507.36 |
| Escrow Advance Repymt | 03/16/2012 | 01/01/2010 | | | | $47,564.13 | $47,564.13 | ($395.38) | $6,957.65 | | $507.36 |
| Short Payment | 03/16/2012 | 01/01/2010 | | $217.44 | | $47,781.57 | $47,781.57 | $395.38 | $6,957.65 | ($906.48) | $507.36 |
| Modified Payment | 03/16/2012 | 01/01/2010 | $390.00 | | | $47,781.57 | $47,781.57 | | $6,957.65 | $390.00 | $1,413.84 |
| Modified Payment | 03/15/2012 | 01/01/2010 | $600.00 | | | $47,781.57 | $47,781.57 | | $6,957.65 | $600.00 | $1,023.84 |
| Property Pres Corp Adv | 03/02/2012 | | | | | $47,781.57 | $47,781.57 | | $6,957.65 | | $423.84 |
| Escrow Advance Repymt | 02/15/2012 | 12/01/2009 | | | | $47,781.57 | $47,781.57 | ($395.38) | $7,353.03 | ($906.48) | $423.84 |
| Short Payment | 02/15/2012 | 12/01/2009 | | $216.11 | | $47,781.57 | $47,781.57 | $395.38 | $7,353.03 | $1,000.00 | $423.84 |
| Modified Payment | 02/14/2012 | 12/01/2009 | $1,000.00 | | | $47,997.68 | $47,997.68 | | $7,353.03 | | $1,330.32 |
| Property Pres Corp Adv | 01/25/2012 | | | | | $47,997.68 | $47,997.68 | | $7,353.03 | | $330.32 $20.00 |
| Escrow Advance Repymt | 01/18/2012 | 11/01/2009 | | | | $47,997.68 | $47,997.68 | ($395.38) | $7,748.41 | ($906.48) | $330.32 |
| Short Payment | 01/18/2012 | 11/01/2009 | | $214.79 | | $48,212.47 | $48,212.47 | $395.38 | $7,748.41 | $1,000.00 | $330.32 |
| Modified Payment | 01/17/2012 | 11/01/2009 | $1,000.00 | | | $48,212.47 | $48,212.47 | | $7,748.41 | | $1,236.80 |
| Property Pres Corp Adv | 12/28/2011 | | | | | $48,212.47 | $48,212.47 | | $7,748.41 | | $236.80 $20.00 |
| Escrow Advance Repymt | 12/15/2011 | 10/01/2009 | | | | $48,212.47 | $48,212.47 | ($395.38) | $8,143.79 | ($906.48) | $236.80 |
| Short Payment | 12/15/2011 | 10/01/2009 | | $213.48 | | $48,425.95 | $48,425.95 | $395.38 | $8,143.79 | $1,000.00 | $236.80 |
| Modified Payment | 12/14/2011 | 10/01/2009 | $1,000.00 | | | $48,425.95 | $48,425.95 | | $8,143.79 | | $1,143.28 |
| Attorney Corp Advance | 12/05/2011 | | | | | $48,425.95 | $48,425.95 | | $8,143.79 | | $143.28 $50.00 |
| Attorney Corp Advance | 12/05/2011 | | | | | $48,425.95 | $48,425.95 | | $8,143.79 | | $143.28 $50.00 |
| Misc Default Exp Corp Adv | 11/30/2011 | | | | | $48,425.95 | $48,425.95 | | $8,143.79 | | $143.28 $5.00 |
| Property Pres Corp Adv | 11/25/2011 | | | | | $48,425.95 | $48,425.95 | | $8,143.79 | | $143.28 $20.00 |
| Misc Default Exp Corp Adv | 11/17/2011 | | | | | $48,425.95 | $48,425.95 | | $8,143.79 | | $143.28 $25.00 |
| Escrow Advance Repymt | 11/16/2011 | 09/01/2009 | | | | $48,425.95 | $48,425.95 | ($395.38) | $8,539.17 | ($906.48) | $143.28 |
| Short Payment | 11/15/2011 | 09/01/2009 | | $212.18 | | $48,638.13 | $48,638.13 | $395.38 | $8,539.17 | $1,000.00 | $143.28 |
| Modified Payment | 11/15/2011 | 09/01/2009 | $1,000.00 | | | $48,638.13 | $48,638.13 | | $8,539.17 | | $1,049.76 |
| Escrow Advance | 11/06/2011 | 09/01/2009 | $1,659.82 | | | $48,638.13 | $48,638.13 | $1,659.82 | $6,879.35 | | $49.76 |
| County Tax Disbursement | 11/04/2011 | 11/01/2011 | ($1,659.82) | | | $48,638.13 | $48,638.13 | ($1,659.82) | $6,879.35 | | $49.76 |
| Property Pres Corp Adv | 10/25/2011 | | | | | $48,638.13 | $48,638.13 | | $6,879.35 | | $49.76 $20.00 |
| Escrow Advance Repymt | 10/18/2011 | 08/01/2009 | | | | $48,638.13 | $48,638.13 | ($415.46) | $7,294.81 | ($906.48) | $49.76 |
| Funds Application | 10/18/2011 | 08/01/2009 | $210.88 | | | $48,638.13 | $48,638.13 | $415.46 | $7,294.81 | $1,000.00 | $49.76 |
| Escrow Advance Repymt | 10/18/2011 | 07/01/2009 | | | | $48,849.01 | $48,849.01 | ($375.30) | $7,294.81 | | $49.76 |
| Short Payment | 10/18/2011 | 07/01/2009 | $209.59 | | | $48,849.01 | $48,849.01 | $375.30 | $7,670.11 | ($1,812.96) | $49.76 |

| Transaction | Date 1 | Amount | Date 2 | Amount | Balance A | Balance B | Amt | Amt | Amt | Amt | Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Funds Application | 10/14/2011 | | 07/01/2009 | | $49,058.60 | $49,058.60 | | | $7,670.11 | $980.00 | $1,862.72 |
| Misc Default Exp Corp Adv | 10/06/2011 | | | | $49,058.60 | $49,058.60 | | | $7,670.11 | | $882.72 | $300.00 |
| Property Pres Corp Adv | 09/27/2011 | | 06/01/2009 | | $49,058.60 | $49,058.60 | | | $7,670.11 | | $882.72 | $20.00 |
| Escrow Advance Repymt | 09/16/2011 | | 06/01/2009 | $208.31 | $49,058.60 | $49,058.60 | ($395.38) | | $8,065.49 | | $882.72 | |
| Short Payment | 09/16/2011 | | 06/01/2009 | | $49,058.60 | $49,058.60 | $395.38 | $302.79 | $8,065.49 | ($906.48) | $1,789.20 | |
| Funds Application | 09/15/2011 | $906.48 | 06/01/2009 | | $49,266.91 | $49,266.91 | | | $8,065.49 | $906.48 | $882.72 | $20.00 |
| Property Pres Corp Adv | 08/24/2011 | | 05/01/2009 | $207.04 | $49,266.91 | $49,266.91 | ($395.38) | | $8,065.49 | | $882.72 | |
| Escrow Advance Repymt | 08/15/2011 | | 05/01/2009 | | $49,266.91 | $49,266.91 | $395.38 | $304.06 | $8,460.87 | ($906.48) | $1,789.20 | |
| Short Payment | 08/15/2011 | $894.60 | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $8,460.87 | $894.60 | $894.60 | |
| Funds Application | 08/09/2011 | $383.50 | 05/01/2009 | | $49,473.95 | $49,473.95 | $383.50 | | $8,077.37 | | | $20.00 |
| Escrow Advance | 08/08/2011 | | 05/01/2009 | ($207.04) | $49,473.95 | $49,473.95 | ($383.50) | ($304.06) | $8,077.37 | | | $35.00 |
| Misapplication Reversal | 08/05/2011 | | | | $49,266.91 | $49,266.91 | | | $8,077.37 | | $894.60 | |
| Property Pres Corp Adv | 07/26/2011 | | | | $49,266.91 | $49,266.91 | | | $8,077.37 | | | $20.00 |
| Property Pres Corp Adv | 07/13/2011 | | | | $49,266.91 | $49,266.91 | | | $8,077.37 | | | |
| Escrow Advance | 07/11/2011 | $2,882.79 | 06/01/2009 | | $49,266.91 | $49,266.91 | $2,882.79 | | $5,194.58 | | | |
| Hazard Ins Disbursement | 07/08/2011 | ($2,882.79) | 06/01/2011 | | $49,266.91 | $49,266.91 | ($2,882.79) | | $5,194.58 | | | |
| Escrow Advance Repymt | 07/05/2011 | | 05/01/2009 | | $49,266.91 | $49,266.91 | ($383.50) | | $5,194.58 | | | |
| Short Payment | 07/05/2011 | | 05/01/2009 | $207.04 | $49,266.91 | $49,266.91 | $383.50 | $304.06 | $5,578.08 | ($894.60) | $894.60 | |
| Funds Application | 07/01/2011 | $894.60 | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | $894.60 | | |
| Statutory Exp Corp Adv | 06/27/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $750.00 |
| Statutory Exp Corp Adv | 06/27/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $50.00 |
| Attorney Corp Advance | 06/27/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $150.00 |
| Misc Default Exp Corp Adv | 06/17/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $90.00 |
| Investor Adv Corp Repay | 06/10/2011 | $95.00 | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $95.00 |
| Property Pres Corp Adv | 06/10/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $4.00 |
| Property Pres Corp Adv | 06/01/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $100.00 |
| Property Pres Corp Adv | 05/27/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Property Pres Corp Adv | 05/27/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $4.00 |
| Property Pres Corp Adv | 05/25/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $100.00 |
| Late Charge Assessed | 05/16/2011 | | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $100.00 |
| Property Pres Corp Adv | 04/29/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Property Pres Corp Adv | 04/26/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $4.00 |
| Property Pres Corp Adv | 04/26/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $150.00 |
| Late Charge Assessed | 04/18/2011 | | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Property Pres Corp Adv | 03/25/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $4.00 |
| Property Pres Corp Adv | 03/17/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $100.00 |
| Property Pres Corp Adv | 03/17/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | |
| Late Charge Assessed | 03/16/2011 | | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Property Pres Corp Adv | 03/01/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Property Pres Corp Adv | 02/25/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $60.00 |
| Property Pres Corp Adv | 02/16/2011 | | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | |
| Property Pres Corp Adv | 01/25/2011 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Late Charge Assessed | 01/18/2011 | | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Property Pres Corp Adv | 12/27/2010 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | |
| Late Charge Assessed | 12/16/2010 | | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | |
| Investor Adv Corp Repay | 12/06/2010 | $5,485.26 | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $5,485.26 |
| Property Pres Corp Adv | 11/26/2010 | | | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | $20.00 |
| Late Charge Assessed | 11/16/2010 | | 05/01/2009 | | $49,473.95 | $49,473.95 | | | $5,578.08 | | | |
| Escrow Advance | 11/08/2010 | $1,861.80 | 05/01/2009 | | $49,473.95 | $49,473.95 | $1,861.80 | | $5,578.08 | | | |
| County Tax Disbursement | 11/05/2010 | ($1,861.80) | 11/01/2010 | | $49,473.95 | $49,473.95 | ($1,861.80) | | $3,716.28 | ($1,861.80) | | |
| Property Pres Corp Adv | 10/28/2010 | | | | $49,473.95 | $49,473.95 | | | $3,716.28 | | | $20.00 |
| Statutory Exp Corp Adv | 10/25/2010 | | | | $49,473.95 | $49,473.95 | | | $3,716.28 | | | $35.00 |

| Description | Date 1 | Amount 1 | Date 2 | Amount 2 | Amount 3 | Amount 4 | Amount 5 |
|---|---|---|---|---|---|---|---|
| Statutory Exp Corp Adv | 10/25/2010 | | | | | $49,473.95 | $49,473.95 |
| Attorney Corp Advance | 10/25/2010 | | | | | $49,473.95 | $49,473.95 |
| Late Charge Assessed | 10/18/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Statutory Exp Corp Adv | 09/28/2010 | | | | | $49,473.95 | $49,473.95 |
| Statutory Exp Corp Adv | 09/28/2010 | | | | | $49,473.95 | $49,473.95 |
| Statutory Exp Corp Adv | 09/28/2010 | | | | | $49,473.95 | $49,473.95 |
| Property Pres Corp Adv | 09/28/2010 | | | | | $49,473.95 | $49,473.95 |
| Attorney Corp Advance | 09/28/2010 | | | | | $49,473.95 | $49,473.95 |
| Late Charge Assessed | 09/16/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Property Pres Corp Adv | 09/13/2010 | | | | | $49,473.95 | $49,473.95 |
| Late Charge Assessed | 08/16/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Property Pres Corp Adv | 07/26/2010 | | | | | $49,473.95 | $49,473.95 |
| Late Charge Assessed | 07/16/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Escrow Advance | 07/05/2010 | $2,740.22 | 05/01/2009 | $2,740.22 | $3,716.28 | $49,473.95 | $49,473.95 |
| Hazard Ins Disbursement | 07/02/2010 | ($2,740.22) | 06/01/2010 | ($2,740.22) | ($2,740.22) | $49,473.95 | $49,473.95 |
| Late Charge Assessed | 06/16/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Misc Default Exp Corp Adv | 06/16/2010 | | | | | $49,473.95 | $49,473.95 |
| Escrow Advance | 06/15/2010 | $393.32 | 05/01/2009 | $393.32 | | $49,473.95 | $49,473.95 |
| Bad Check Reversal | 06/14/2010 | | 05/01/2009 | ($393.32) | ($393.32) | $49,473.95 | $49,473.95 |
| Bad Check Reversal | 06/14/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Funds Application | 05/31/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Escrow Advance Repymt | 05/31/2010 | | 05/01/2009 | ($393.32) | | $49,473.95 | $49,473.95 |
| Funds Application | 05/31/2010 | | 05/01/2009 | $393.32 | $393.32 | $49,473.95 | $49,473.95 |
| Funds Application | 05/28/2010 | $500.00 | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Late Charge Assessed | 05/17/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |
| Late Charge Assessed | 04/16/2010 | | 05/01/2009 | | | $49,473.95 | $49,473.95 |

| Balance | Extra |
|---|---|
| $3,716.28 | $260.00 |
| $3,716.28 | $650.00 |
| $3,716.28 | |
| $3,716.28 | $200.00 |
| $3,716.28 | $35.00 |
| $3,716.28 | $940.00 |
| $3,716.28 | $15.00 |
| $3,716.28 | $650.00 |
| $3,716.28 | |
| $3,716.28 | $15.00 |
| $3,716.28 | |
| $3,716.28 | $15.00 |
| $3,716.28 | |
| $3,716.28 | |
| $976.06 | |
| $976.06 | $95.00 |
| $976.06 | |
| $582.74 | |
| $582.74 | |
| $582.74 | ($30.00) |
| $582.74 | |
| $976.06 | ($470.00) $30.00 |
| $976.06 | $500.00 $30.00 |
| $976.06 | $500.00 |
| $976.06 | |
| $976.06 | |