48205
8994

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: 14-08732-ESL |
|---|---|
| **MANUEL E MALARET MARTINEZ,** | CHAPTER: 13 |
| **Debtor(s).** | |
| Wells Fargo Bank, N.A., Movant, | |
| MANUEL E MALARET MARTINEZ, | |
| Debtors-Respondents, | |
| José R. Carrión Morales, Trustee. | |

## MOTION TO INFORM

**TO THE HONORABLE COURT:**

COMES now Movant, **Wells Fargo Bank, N.A.,** ("Wells Fargo"), through the undersigned counsel, and very respectfully states and requests:

1. Wells Fargo herein, informs this Honorable Court, that Debtor began and completed a trial period with Wells Fargo's Loss Mitigation Department, which consisted of three trial payments, the first becoming due on September 1, 2015 and the last on November 1, 2015.

2. Notwithstanding the aforementioned, the loan modification has not occurred as the documents pertaining to the modification have not been signed by Debtor and Debtor's counsel.

3. Wells Fargo is currently in the process of obtaining the signatures and as soon as the same are obtained Wells Fargo will proceed to file an amended proof of claim accordingly.

Case No. 14-08732-ESL
*Motion to Inform*

**WHEREFORE**, Wells Fargo respectfully requests from this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants of the CM/ECF system; to **the Chapter** 13 **Trustee José R. Carrión Morales, Esq.;** and **to Debtors' counsel, Jaime L. Velasco Bonilla, II, Esq.**

In San Juan, Puerto Rico, this 17th day of December, 2015.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

*/s/Patricia I. Varela Harrison*
By: Patricia I. Varela Harrison
USDC -PR 224802
Email: pvarela@martineztorreslaw.com