IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MANUEL E MALARET MARTINEZ

XXX-XX-6624

Debtor(s)

CASE NO. 14-08732 ESL

Chapter 13

**FILED & ENTERED ON 3/18/2016**

## ORDER

The motion filed by debtor to inform of receipt of loan modification documents from Wells Fargo for signing and certificate of service (docket #58) is hereby noted and granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of March, 2016.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    JAIME L VELASCO BONILLA
    JOSE RAMON CARRION MORALES