UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| **MANUEL E MALARET MARTINEZ** | CASE NO. 14-08732-ESL |
| XXX-XX-6624 | CHAPTER 13 |
| DEBTOR (S) | |

TRUSTEE'S MOTION FOR POST CONFIRMATION
MODIFICATION OF PLAN
(BASE INCREASE)

**TO THE HONORABLE COURT:**

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. The plan dated Apr 28, 2015 (docket no.37) with a base of $107,400.00 was confirmed/approved on December 15, 2015 (date of confirmation/approval).

2. After the confirmation / approval of the aforementioned plan, the Trustee received a payment in the amount of $626.01. The source(s) of said payment comes from an internal adjustment made by creditor, which generated a surplus refunded to debtor. In compliance with 11 USC §1322(a)(1), creditor remitted said amount to the herein appearing Chapter 13 Trustee, as an additional payment to be used to fund the plan.

3. The Confirmed plan did not included said income as an additional source of funds for the plan. However, it is the Trustee's position that the above described monies are disposable income that must be used to fund the plan [11 U.S.C §1306(a) and §1322(a)(1)].

4. The Chapter 13 Trustee, pursuant to §1329(a) respectfully requests this Honorable Court to approve the modification to the above mentioned Chapter 13 Plan, in order to:

   a. Include as an additional payment the above described amount received,

increasing the plan base to $108,026.01.

b. All other plan's provisions as originally included remains the same.

5. The present Post-Confirmation Modification request of the plan meets all requirements of 11 USC §1329(a) and F.R.B.P. §3015(g).

WHEREFORE the Trustee respectfully requests this Honorable Court to grant the present motion and approve a Post-Confirmation Modification of the plan base, in order to include the additional payment received increasing the base to $108,026.01.

NOTICE OF OPPORTUNITY TO OBJECT PURSUANT TO LBR9013-1(h) within twenty-one (21) days after service as evidence by the certificate of service below, and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f), if served by regular mail, any party in interest shall file and serve any objection or any other appropriate response to this plan with the Clerk's office of the US Bankruptcy Court of the District of PR. If NO objection or other response is filed within the time allowed herein, the plan will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

CERTIFICATE OF SERVICE: Pursuant to Bankruptcy Rule 2002 The Chapter 13 Trustee herewith certified that a copy of this motion has been served by regular US Mail on the same date it is filed to: the DEBTOR(s) and her/his/their attorney, to all Creditors, to their respective address of record as they appear in the Master Address List if not a registered CM/ECM System user. record.

In San Juan, Puerto Rico on Wednesday, November 2, 2016.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884
San Juan, PR 00902-3884
Tel (787)977-3535 FAX (787)977-3550

MC