**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** <br><br> MANUEL E. MALARET MARTINEZ <br><br> **DEBTOR** | **CASE NO:** <u>14-08732 (ESL)</u> <br><br> **CHAPTER:** <u>13</u> (JRC) |

**DEBTOR'S POST CONFIMATION**

**AMENDED PAYMENT PLAN DATED JANUARY 31, 2017**

**AND**

**CERTIFICATE OF SERVICE**

**TO HONORABLE COURT:**

**COMES NOW** DEBTOR, through the undersigned attorney and respectfully states, alleges and requests relief as follow:

**1.** The Debtor filed a Chapter 13 plan that was confirmed by the Honorable Court on December 9th, 2015 (*Dockets* **53** & **54**).

**2.** That, pursuant to *11 U.S.C. Section 1329*, attached hetero is an amended Post-Confirmation payment plan dated November 7th, 2016. The plan has been amended for the following reasons:

**a)** To **amend the payment plan** to:

1. *TO ADJUST THE PROPOSED AMOUNT FROM THE SALE OF THE*

1

*REAL PROPERTY LOCATED AT 1567 AVE. AMERICO MIRANDA TO $70,000.00.*

2. *TO INCLUDE THE AMOUNT OF $626.01 AS PER THE TRUSTEE'S PCM FILED ON NOVEMBER 2ND, 2016 AT DOCKET NUMBER 66.*

3. *TO ADJUST THE ARREARS TO BE PAID [$13,039.14] TO SECURED CREDITOR WELLS FARGO.*

4. *TO CHANGE THE PLAN'S BASE.*

**3.** That a copy of the amended Post-Confirmation Chapter 13 payment plan dated January 7th, 2017, initialized and signed by the Debtor is hereby attached.

**4.** That a Copy of the sales comparables for the Debtor's property in Americo Miranda (Caparra Terrace), as per [www.puertoricoe.com](www.puertoricoe.com), is hereby attached.

# **N O T I C E**

*"WITHIN TWENTY-ONE (21) DAYS AFTER SERVICE AS EVIDENCED BY THE CERTIFICATION, AND AN ADDITIONAL THREE (3) DAYS PURSUANT TO FED. R. BANK. P. 9006(F) IF YOU WERE SERVED BY MAIL, ANY PARTY AGAINST WHOM THIS PAPER HAS BEEN SERVED, OR ANY OTHER PARTY TO THE ACTION WHO OBJECTS TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER WITH THE CLERK'S OFFICE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE OBJECTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUESTED RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE. IF YOU FILE A TIMELY RESPONSE, THE COURT MAY SCHEDULE A HEARING."*

## PRAYER FOR RELIEF

**WHEREFORE**, the Debtor requests that this Honorable Court:

1. To take judicial notice of the aforementioned facts and amendments and the acceptance of the same.

2. To grant any other relief it deems necessary and just.

## CERTITICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to the Chapter 13 Trustee and to all other participants appearing in said record.

**I HEREBY FURTHER CERTIFY** that we have served by regular mail this document to any creditor as per master address list upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED**

In San Juan Puerto Rico, this 31st day of January of 2017.

*/S/ JAIME L. VELASCO BONILLA II, ESQ.*
JAIME L. VELASCO BONILLA II, ESQ.

**USDC-PR: 222,312**

**P.O. BOX 9023336**

**SAN JUAN, P.R. 00902-3336**
**TEL: (787) 562-0837**
**E-MAIL:** *VELASCOLAW@HOTMAIL.COM*

4

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. **2014-08732(ESL)**

**MALARET MARTINEZ, MANUEL E.**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/31/2017**     ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 300.00 | x | 12 | = $ | 3,600.00 |
|---|---|---|---|---|---|
| $ | 600.00 | x | 48 | = $ | 28,800.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **32,400.00**

Additional Payments:
$ **70,626.01** to be paid as a LUMP SUM within **36 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**Property located at 1567 Americo Miranda Ave., San Juan**

☑ Other:
**Adjustment from the Trustee, as per docket number 66 on November 2, 2016**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **103,026.01**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,835.00**

Signed: /s/ **MANUEL E. MALARET MARTINEZ**
Debtor

_____
Joint Debtor

Attorney for Debtor _[signature]_ Phone: **(787) 562-0837**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:

| Cr. **FIRSTBANK PUERTO** | Cr. **WELLS FARGO BAN** | Cr. _____ |
|---|---|---|
| # **XXXXXX-1005 (C-3)** | # **XXXXXX-8994 (C-6)** | # _____ |
| $ **433.65** | $ **13,039.14** | $ _____ |

2. ☑ Trustee pays IN FULL Secured Claims:

| Cr. **CRIM** | Cr. **Dept of the Treausy** | Cr. **MORNING STAR** |
|---|---|---|
| # **XXXXXX-6624 (C-9)** | # **XXXXXX-8994 (C-8)** | # **XXXXXX (C-2)** |
| $ **1,211.62** | $ **2,361.25** | $ **330.60** |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. ___ | Cr. ___ | Cr. ___ |
|---|---|---|
| # ___ | # ___ | # ___ |
| $ ___ | $ ___ | $ ___ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL BANK**    **FIRSTBANK PUERTO**    **WELLS FARGO BAN**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____

| Cr. ___ | Cr. ___ | Cr. ___ |
|---|---|---|
| # ___ | # ___ | # ___ |
| $ ___ | $ ___ | $ ___ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See continuation sheet attached**

IN RE: ALARET MARTINEZ, MANUEL E.     CASE NO. 2014-08732(ESL)

## CHAPTER 13 PAYMENT PLAN
### CONTINUATION SHEET – PAGE 1 OF 1

1. **DEBTOR OTHERWISE MAINTAINS REGULAR PAYMENTS DIRECTLY TO:**

   DORAL BANK.

   PPF HOLDINGS III.

   FIRST BANK PUERTO RICO.

   WEATHERLY AT CENTRAL PARK COND.

   WELLS FARGO.

2. **EXECUTORY CONTRACTS – ASSUMED:**

   ADAM PERRY.

   JUAN A. HERNANDEZ.

3. **OTHER PROVISIONS**

   1) ATTORNEY'S FEES TO BE PAID FIRST.

   2) PLAN TO PAY 100% PLUS 4.25% TO UNSECURED CREDITORS.



Clasificados de Puerto Rico | Mas de 7 Millones de visitas al mes | Ayuda para tu Negocio | Mis Clasificados - Login

ClasificadosOnline
Clasificados de Puerto Rico
Puerto Rico Classifieds

Publicar GRATIS

**Bienes Raices** Real Estate for Sale FOR SALE! | **Bienes Raices** Real Estate For Rent FOR RENT! | **Vehiculos** Autos, Boat... | **Mascotas** Pets | **Articulos** Merchandise | **Empleos** Jobs | **Vacaciones** Vacation | **Servicios** Yellow Pages NEW

Destacar Clasificado

**Puerto Rico**
Estados Unidos
Preguntas- FAQ
Contáctanos- Email US
¡Únete a nuestro Fan Club!

Nueva Busqueda

*Desde $10.00 búsquedas ilimitadas, Tu mejor inversión en Bienes Raíces...*

powered by PuertoRico e.com

Para un ejemplo de como se presentan los datos y herramientas adicionales **Oprima aquí** **Ejemplos**

## Propiedades Vendidas Recientemente en 4515 Puerto Rico

1 2 3 4 5 6 7 8 9 10 ... Page 1 of 17, items 1 to 30 of 509.

| Team Work Venta | Municipio | Área de Propiedad Vendida | Precio | Año | | Team Work Tasador |
|---|---|---|---|---|---|---|
| | San Juan | Caparra Terrace Notificame Gratis | Disponible con membresia | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $350,000.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | Disponible con membresia | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | Disponible con membresia | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $110,000.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $57,500.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $57,500.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $32,000.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $250,000.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $80,000.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace Notificame Gratis | $47,500.00 | 2016 | Ver en Google Map | |
| | San Juan | Caparra Terrace | $113,610.62 | 2016 | Ver en | |

Comparables Puerto Rico, Propiedades vendidas en Puerto Rico Bienes Raices o Real Estate Sold in Puerto Rico

PuertoRicoe.com es el portal mas completo de comparables en Puerto Rico. Si estas buscando precios y comparables de propiedades o Bienes Raices vendidas en Puerto Rico. No hay otra herramienta mas completa como PuertoRicoe.com. Comparables de propiedades en Puerto Rico.

If you need to know prices of Real Estate recently sold in Puerto Rico. You got to the right place. We have the largest listing of Real estate cold in Puerto Rico.

PuertoRicoe.com

| Publicidad<br>Advertising | Preguntas<br>Freq. Asked Questions | Socios<br>Partners | Email US<br>Contact US | Destaca<br>tu Clasificado | Publicar<br>GRATIS |

LOGIN    ADVERTISERS (Banners) LOGIN

**ClasificadosOnline®**
Los Clasificados en el Internet de Puerto Rico, Florida / The Internet Classifieds for Puerto Rico, Florida
Derechos Reservados 1998-2017/All Rights Reserved 1998-2017.
ClasificadosOnline.com Copyright © 1998-2017

Contact US - Términos - Terms | Anuncie su Negocio | Privacy |Refund |Alerta al Fraude
**Real EReal Estate Auto t**